UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLLEEN NUTTER, *et al.*,

        Plaintiffs,

   v.

KANSAS STATE UNIVERSITY, *et al.*,

        Defendants.

CASE NO.  C05-1910L

ORDER DENYING MOTION FOR RECONSIDERATION

On January 4, 2006, the Court dismissed plaintiff's claims in the above-captioned matter on *res judicata* and statute of limitations grounds and restricted plaintiff's ability to file *pro se* complaints in this district.  Plaintiff has filed a "Response to Order for Dismissal" (Dkt. # 7), which the Court construes as a timely motion for reconsideration under Local Civil Rule 7(h)(1).  Such motions are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence."  Local Civil Rule 7(h)(1).  Plaintiff has not met this burden.  It does not matter why plaintiff initially filed her suit in the District Court of Kansas: the adjudication of that suit on the merits bars this and all future actions arising out of the same transactional nucleus of facts.  In addition,

ORDER DENYING MOTION FOR
RECONSIDERATION– 1

1  plaintiff has not attempted to show that any of her claims are timely under the relevant statutes
2  of limitation.  Plaintiff's motion for reconsideration is, therefore, DENIED.
3
4         DATED this 23rd day of January, 2006.
5
6                                          /s/ Robert S. Lasnik
                                           Robert S. Lasnik
7                                          United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER DENYING MOTION FOR
RECONSIDERATION– 2